**Order entered April 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01435-CV

**IRINA VALENTINA TREST, Appellant**

**V.**

**AH4R-TX2, LLC, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-1760-2014**

## ORDER

Although we ordered Collin County Clerk Stacey Kemp to file a clerk's record containing a copy of all contests to appellant's affidavit of indigence, the clerk's record that has been filed contains no contests. Accordingly, because the record contains no contests, appellant is allowed to proceed on appeal without prepayment of costs. *See* TEX. R. APP. P. 20.1(f).

We note that by letter dated March 6, 2015, we directed appellant to file, within ten days of the letter, verification that she had requested preparation of the reporter's record. We cautioned her that failure to do so could result in the appeal being submitted without that record. To date, appellant has not filed the requested verification. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.* 37.3(c).

As the clerk's record has been filed, appellant shall file her brief no later than May 14, 2015. *See id.* 38.6(a).

/s/ CRAIG STODDART
   JUSTICE